# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1722

_____

United States of America

*Plaintiff - Appellee*

v.

Jorge Padilla Villagrana

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: August 29, 2013
Filed: August 29, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jorge Padilla Villagrana directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to an immigration offense. His counsel

_____

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Villagrana's 30-month prison term is unreasonable.

The district court appropriately considered the 18 U.S.C. § 3553(a) factors and adequately explained its decision to sentence Villagrana to 30 months in prison. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (when reviewing sentences, appellate court applies deferential abuse-of-discretion standard, ensuring that district court committed no significant procedural error such as failing to adequately explain chosen sentence, and that court did not impose substantively unreasonable sentence); *see also United States v. Spencer*, 700 F.3d 317, 322 (8th Cir. 2012) (finding it nearly inconceivable that district court abused its discretion in not further varying downward). This court concludes that the district court did not impose an unreasonable sentence.

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), this court has found no nonfrivolous issues.

Counsel's motion to withdraw is granted and the sentence is affirmed.

_____